IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

GREENWICH SERVICES, INC          :          CIVIL ACTION
                                 :
          v.                     :
                                 :
DISTRICT 1199C, NATIONAL         :
UNION OF HOSPITAL AND HEALTH     :
CARE EMPLOYEES                   :          NO. 06-3088

<u>ORDER</u>

AND NOW, this 21st day of August, 2006, upon consideration of the parties' telephonic request that we reschedule the Rule 16 conference, it is hereby ORDERED that:

1.    The request is GRANTED; and

2.    The conference shall instead CONVENE on August 30, 2006 at 9:30 a.m.


BY THE COURT:


/s/ Stewart Dalzell, J.